

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| EMIEL A. KANDI, | Case No. CV 17-3617 FMO(JC) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| STEVEN LANGFORD, et al., | |
| Defendants. | |

In accordance with the concurrently issued Order (1) Dismissing Second Amended Complaint and Action; and (2) Denying Motion to Dismiss as Moot, IT IS HEREBY ADJUDGED that the operative Second Amended Complaint is dismissed without further leave to amend and that this action is dismissed with prejudice as to plaintiff's federal claims and without prejudice as to any state claims.

IT IS SO ADJUDGED.

DATED: Nov. 14, 2018

　　　　　　　　　　　　　　　　/s/ Fernando M. Olguin
　　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE